UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON GORDON, et al.,

    Plaintiffs,

vs.                                      Case No. 8:14-cv-2091-T-27AEP

ZACHARY DAILEY, et al.,

    Defendants,
_____/

## ORDER

**BEFORE THE COURT** is Defendants' Dispositive Motion to Dismiss for Improper Venue, or, in the Alternative, to Transfer Venue and Incorporated Memorandum of Law (Dkt. 10), and Plaintiffs' response (Dkt. 17). Defendants sought to transfer this case to the United States District Court for the District of New Jersey, and Plaintiffs have agreed to the transfer. Accordingly, the Clerk is directed to **TRANSFER** this case to the United States District Court for the District of New Jersey.

    **DONE AND ORDERED** this 2nd day of December, 2014.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to: Counsel of Record