**U.S. District Court**
**Middle District of Florida (Tampa)**
**CIVIL DOCKET FOR CASE #: 8:14−cv−02091−JDW−AEP**

| | |
|---|---|
| Gordon et al v. Dailey et al | Date Filed: 08/26/2014 |
| Assigned to: Judge James D. Whittemore | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Anthony E. Porcelli | Nature of Suit: 850 Securities/Commodities |
| Cause: 15:0078m(a) Securities Exchange Act | Jurisdiction: Federal Question |

**Plaintiff**

**Brandon Gordon**                                represented by    **Christopher B. Hopkins**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Akerman LLP − West Palm Beach
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ste 1100 West Tower
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　777 S Flagler Dr
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33401−6151
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　561/671−3668
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 561/659−6313
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Christopher.hopkins@akerman.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Jonathan B. Butler**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Akerman LLP − West Palm Beach
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ste 1100 West Tower
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　777 S Flagler Dr
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33401−6151
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　561/653−5000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 561/6596313
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jonathan.butler@akerman.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Curtis Green**                                  represented by    **Christopher B. Hopkins**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Jonathan B. Butler**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jakub Vondrak**                                 represented by    **Christopher B. Hopkins**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Jonathan B. Butler**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesse Lobb**  represented by **Christopher B. Hopkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan B. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Byron McDonald**  represented by **Christopher B. Hopkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan B. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derek Piper**  represented by **Christopher B. Hopkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan B. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Galido**  represented by **Christopher B. Hopkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan B. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Boehler**  represented by **Christopher B. Hopkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                              **Jonathan B. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Merlin Fisher–Levine**            represented by   **Christopher B. Hopkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

       **Jonathan B. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathanael Flachsbart**            represented by   **Christopher B. Hopkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

       **Jonathan B. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Kolonusz**            represented by   **Christopher B. Hopkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

       **Jonathan B. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russ Henderson**            represented by   **Christopher B. Hopkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

       **Jonathan B. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zachary Dailey**  represented by  **Richard M. Hanchett**
Trenam Kemker
Suite 2700
101 E Kennedy Blvd
Tampa, FL 33602–5150
813/223–7474
Fax: 813–229–6553
Email: rmhanchett@trenam.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lab Rat Data Processing, LLC**  represented by  **Richard M. Hanchett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2014 | Ï 1 | COMPLAINT against Zachary Dailey and Lab Rat Data Processing, LLC with Jury Demand (Filing fee $ 400 receipt number TPA–25346) filed by Merlin Fisher–Levine, Nathanael Flachsbart, Jakub Vondrak, Mark Boehler, Brandon Gordon, Curtis Greene, Russ Henderson, Derek Piper, Byron McDonald, Christopher Galido, Jesse Lobb and James Kolonusz. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(LYB) (Entered: 08/27/2014) |
| 08/26/2014 | Ï 2 | SUMMONS issued as to Zachary Dailey and Lab Rat Data Processing, LLC. Additional summons issued as to Lab Rat Data Processing, LLC at alternate address. (LYB) (Entered: 08/27/2014) |
| 09/05/2014 | Ï 3 | NOTICE of designation under Local Rule 3.05 – Track 2 (AO) (Entered: 09/05/2014) |
| 09/08/2014 | Ï 4 | RETURN of service executed on 9/5/2014 by Merlin Fisher–Levine, Nathanael Flachsbart, Jakub Vondrak, Mark Boehler, Brandon Gordon, Curtis Green, Russ Henderson, Derek Piper, Byron McDonald, Christopher Galido, Jesse Lobb, James Kolonusz as to Zachary Dailey. (Hopkins, Christopher) (Entered: 09/08/2014) |
| 09/08/2014 | Ï 5 | RETURN of service executed on 8/27/2014 by Merlin Fisher–Levine, Nathanael Flachsbart, Jakub Vondrak, Mark Boehler, Brandon Gordon, Curtis Green, Russ Henderson, Derek Piper, Byron McDonald, Christopher Galido, Jesse Lobb, James Kolonusz as to Lab Rat Data Processing, LLC. (Hopkins, Christopher) (Entered: 09/08/2014) |
| 09/08/2014 | Ï 6 | RETURN of service executed on 9/5/2014 by Merlin Fisher–Levine, Nathanael Flachsbart, Jakub Vondrak, Mark Boehler, Brandon Gordon, Curtis Green, Russ Henderson, Derek Piper, Byron McDonald, Christopher Galido, Jesse Lobb, James Kolonusz as to Zachary Dailey. (Hopkins, Christopher) (Entered: 09/08/2014) |
| 09/09/2014 | Ï 7 | NOTICE *of Service on Defendants* by Mark Boehler, Merlin Fisher–Levine, Nathanael Flachsbart, Christopher Galido, Brandon Gordon, Curtis Green, Russ Henderson, James Kolonusz, Jesse Lobb, Byron McDonald, Derek Piper, Jakub Vondrak re 3 Notice of designation of track (Hopkins, Christopher) (Entered: |

| | | |
|---|---|---|
| | | 09/09/2014) |
| 09/26/2014 | Ï 8 | MOTION for Extension of Time to File Answer re 1 Complaint by Zachary Dailey, Lab Rat Data Processing, LLC. (Hanchett, Richard) (Entered: 09/26/2014) |
| 10/01/2014 | Ï 9 | ENDORSED ORDER granting 8 Defendants' Motion for Extension of Time to Answer or respond. Responsive pleading due on or before October 29, 2014.Signed by Judge James D. Whittemore on 10/1/2014. (Whittemore, James) (Entered: 10/01/2014) |
| 10/29/2014 | Ï 10 | MOTION to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue and Incorporated Memorandum of Law by Zachary Dailey, Lab Rat Data Processing, LLC. (Hanchett, Richard) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 11 | MOTION to Sever *Plaintiffs' Claims and Incorporated Memorandum of Law* by Zachary Dailey, Lab Rat Data Processing, LLC. (Hanchett, Richard) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 12 | MOTION to Dismiss Pursuant to Rule 12(B)(6) of the Federal Rules of Civil Procedure and Incorporated Memorandum of Law by Zachary Dailey, Lab Rat Data Processing, LLC. (Hanchett, Richard) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 13 | NOTICE of supplemental authority re 11 MOTION to Sever *Plaintiffs' Claims and Incorporated Memorandum of Law*, 10 MOTION to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue and Incorporated Memorandum of Law by Zachary Dailey, Lab Rat Data Processing, LLC. (Hanchett, Richard) (Entered: 10/29/2014) |
| 11/13/2014 | Ï 14 | MOTION for Extension of Time to File Response/Reply as to 11 MOTION to Sever *Plaintiffs' Claims and Incorporated Memorandum of Law*, 10 MOTION to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue and Incorporated Memorandum of Law , 12 MOTION to Dismiss Pursuant to Rule 12(B)(6) of the Federal Rules of Civil Procedure and Incorporated Memorandum of Law by All Plaintiffs. (Attachments: # 1 Proposed Order)(Butler, Jonathan) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 11/13/2014) |
| 11/13/2014 | Ï 15 | ENDORSED ORDER granting 14 Motion for Extension of Time to File Response/Reply re 10 MOTION to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue and Incorporated Memorandum of Law, 11 MOTION to Sever *Plaintiffs' Claims and Incorporated Memorandum of Law*, 12 MOTION to Dismiss Pursuant to Rule 12(B)(6) of the Federal Rules of Civil Procedure and Incorporated Memorandum of Law. Responses due on or before 12/1/2014. Signed by Magistrate Judge Anthony E. Porcelli on 11/13/2014. (JMF) (Entered: 11/13/2014) |
| 12/01/2014 | Ï 16 | AMENDED COMPLAINT against All Defendants with Jury Demand. filed by All Plaintiffs. (Attachments: # 1 Exhibit LRM Official Announcement, # 2 Exhibit LRM Prospectus, # 3 Exhibit LRM Business Plan, # 4 Exhibit LRM Official Contract, # 5 Exhibit Initial Investor Contract [6−24−13], # 6 Exhibit Initial Investor Contract [7−16−13])(Butler, Jonathan) (Entered: 12/01/2014) |
| 12/01/2014 | Ï 17 | RESPONSE to Motion re 10 MOTION to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue and Incorporated Memorandum of Law filed by Mark Boehler, Merlin Fisher−Levine, Nathanael Flachsbart, Christopher Galido, Brandon Gordon, Curtis Green, Russ Henderson, James Kolonusz, Jesse Lobb, Byron McDonald, Derek Piper, Jakub Vondrak. (Butler, Jonathan) (Entered: 12/01/2014) |

| | | |
|---|---|---|
| 12/01/2014 | Ï 18 | RESPONSE to Motion re 11 MOTION to Sever *Plaintiffs' Claims and Incorporated Memorandum of Law* filed by Mark Boehler, Merlin Fisher–Levine, Nathanael Flachsbart, Christopher Galido, Brandon Gordon, Curtis Green, Russ Henderson, James Kolonusz, Jesse Lobb, Byron McDonald, Derek Piper, Jakub Vondrak. (Butler, Jonathan) (Entered: 12/01/2014) |
| 12/01/2014 | Ï 19 | RESPONSE to Motion re 12 MOTION to Dismiss Pursuant to Rule 12(B)(6) of the Federal Rules of Civil Procedure and Incorporated Memorandum of Law filed by Mark Boehler, Merlin Fisher–Levine, Nathanael Flachsbart, Christopher Galido, Brandon Gordon, Curtis Green, Russ Henderson, James Kolonusz, Jesse Lobb, Byron McDonald, Derek Piper, Jakub Vondrak. (Butler, Jonathan) (Entered: 12/01/2014) |
| 12/02/2014 | Ï 20 | ORDER transferring case to the US District Court for the District of New Jersey. Signed by Judge James D. Whittemore on 12/2/2014. (KE) (Entered: 12/02/2014) |