*Law Offices of*
***SCHWARTZ & POSNOCK***
*David A. Schwartz, Esq.*
*Attorney ID 024001983*
99 Corbett Way
Suite 203
Eatontown, New Jersey 07724
(732)544-1460
Attorney for Defendant Zachary Dailey

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| BRANDON GORDON, CURTIS GREEN, JAKUB VONDRAK, JESSE LOBB, BYRON MCDONALD, DEREK PIPER, CHRISTOPHER GALIDO, MARK BOEHLER, MERLIN FISHER-LEVINE, NATHANAEL FLACHSBART, JAMES KOLONUSZ AND RUSS HENDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>ZACHARY DAILEY and LAB RAT DATA PROCESSING, LLC,<br><br>Defendant. | Civil No. 14-7495 (JHR/JS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BY BRANDON GORDON, MERLIN FISCHER-LEVINE, BYRON K. MCDONALD, DEREK PIPER, JAMES KOLONUSZ, CURTIS GREEN, JAKOB VONDRAK, JESSE LOBB, CHRISTOPHER GALIDO, MARK BOEHLER, NATHANAEL FLACHSBART AND RUSS HENDERSON** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel, and together with Defendants Zachary Dailey and Lab Rat Data Processing, LLC, and pursuant to the agreement of the parties and Federal Rule of Civil Procedure 41(a), the following parties hereby jointly stipulate and agree to the entry of an Order dismissing all claims in the Second Amended Complaint in this matter, *with prejudice*, and stipulate that each party shall bear his own attorney's fees and costs: Brandon Gordon, Merlin Fisher-Levine, Byron K. McDonald, Derek Piper, James

Kolonusz, Curtis Green, Jakob Vondrak, Jesse Lobb, Christopher Galido, Mark Boehler, Nathanael Flachsbart, and Russ Henderson.

Dated: August 27, 2018

**BRESSLER, AMERY & ROSS, P.C.**

By: */s/ Michael T. Hensley*

Michael T. Hensley, Esq.

Attorneys for Brandon Gordon, Merlin Fischer-Levine, Byron K. McDonald, Derek Piper, James Kolonusz, Curtis Green, Jakob Vondrak, Jesse Lobb, Christopher Galido, Mark Boehler, Nathanael Flachsbart, and Russ Henderson

**MCDONALD HOPKINS LLC**

By: */s/ Christopher B. Hopkins*

Christopher B. Hopkins, Esq. (pro hac vice)

Attorneys for Brandon Gordon, Merlin Fischer-Levine, Byron K. McDonald, Derek Piper, James Kolonusz, Curtis Green, Jakob Vondrak, Jesse Lobb, Christopher Galido, Mark Boehler, Nathanael Flachsbart, and Russ Henderson

**SCHWARTZ & POSNOCK**

By: */s/ David A. Schwartz*

David A. Schwartz, Esq.
Attorneys for Zachary Dailey and Lab Rat Data Processing, LLC